# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MCKENZIE WOODARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:22-cv-00360 |
| ) | Judge Trauger |
| THE PLASTIC SURGERY CLINIC, PPLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is hereby ORDERED that the initial case management conference scheduled for Monday, July 25, 2022 at 1:00 p.m. will be held in Judge Trauger's chambers, 719 Church Street, Suite #6325, Nashville, Tennessee. Lead counsel for each party shall participate in the conference. All participants will be masked during the conference.

It is so **ORDERED**.

ALETA A. TRAUGER  
U.S. District Judge