# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MCKENZIE WOODARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil No. 3:22-cv-00360 |
| | ) Judge Trauger |
| THE PLASTIC SURGERY CLINIC, PPLC, | ) ) |
| Defendant. | ) |

## ORDER

The Unopposed Motion for Case Management Conference to be Conducted Telephonically (Doc. No. 14) is GRANTED. Plaintiff's counsel may appear by telephone; defense counsel may either appear by telephone or in person but should notify Judge Trauger's Courtroom Deputy of his/her plans.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge