IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MCKENZIE WOODARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:22-cv-00360 ) ) JUDGE TRAUGER |
| THE PLASTIC SURGERY CLINIC, PLLC d/b/a COOL SPRINGS PLASTIC SURGERY, | ) ) MAGISTRATE JUDGE HOLMES ) ) JURY DEMAND |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and by agreement of the parties herein, Plaintiff McKenzie Woodard ("Plaintiff"), by and through undersigned counsel, and Defendant The Plastic Surgery Clinic, PLLC d/b/a Cool Springs Plastic Surgery ("Defendant"), by and through undersigned counsel, hereby stipulate to the dismissal of Plaintiff's above-captioned lawsuit and any and all of her claims against Defendant with prejudice. Each party shall bear their own costs and expenses.

Respectfully submitted,

JESSE HARBISON LAW, PLLC

*s/ Jesse Ford Harbison (with permission)*
Jesse Ford Harbison, BPR No. 32105
Post Office Box 68251
Nashville, Tennessee 37206
(615) 415-3285
jesse@jesseharbisonlaw.com

*Counsel for Plaintiff*

BRADLEY ARANT BOULT CUMMINGS LLP

*s/ John P. Rodgers*
John P. Rodgers, BPR No. 30324
Rachel L. Sodée, BPR No. 38391
1600 Division Street, Suite 700
Nashville, Tennessee 37203
(615) 252-4642
jrodgers@bradley.com
rsodee@bradley.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2022, a true and exact copy of the foregoing was served via the Court's electronic case filing system upon the following:

> Jesse Ford Harbison
> Post Office Box 68251
> Nashville, Tennessee 37206
> jesse@jesseharbisonlaw.com
>
> *Counsel for Plaintiff*

*s/ John P. Rodgers*
John P. Rodgers